**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| NOBLE RICHARD MARTIN | ) | |
| | ) | Case No. 12 CV 9207 |
| Plaintiff, | ) | |
| | ) | Judge John W. Darrah |
| vs. | ) | |
| | ) | **Jury Demand** |
| | ) | |
| THE CITY OF CHICAGO et al. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' JOINT REPLY IN FURTHER SUPPORT OF
THEIR RESPECTIVE MOTIONS TO DISMISS
PLAINTIFF'S SECOND AMENDED COMPLAINT**

Defendants City of Chicago, by its attorney, Stephen R. Patton, Corporation Counsel of

the City of Chicago; Officers Jason Torres and Megan Leonard, by one of their attorneys, Raoul

Vertick Mowatt, Assistant Corporation Counsel; the County of Cook and Assistant Cook County

State's Attorneys Regina Mescall and Jane Zak, by their attorney, Anita Alvarez, State's

Attorney of the County of Cook; and Jacqueline Kennedy, by her attorney, Law Office of

Stephen F. Potts, (collectively, "Defendants") for their joint reply in further support of their

respective motions to dismiss Plaintiff's Second Amended Complaint, state as follows:

Defendants filed three motions to dismiss Plaintiff's Second Amended Complaint on

June 12, 2014. Dkt. 51, 53, 54.

On June 24, 2014, the Court entered these motions and ordered Plaintiff to reply by

August 5, 2014 and Defendants to reply by August 26, 2014. Dkt. 57.

1

Plaintiff failed to respond by August 5, 2014. As of August 26, 2014, none of the undersigned have received a response from Plaintiff either at their office or through the CM/ECF electronic filing system.

Plaintiff has therefore conceded to the arguments raised in support of the motions to dismiss. "Our system of justice is adversarial, and our judges are busy people. If they are given plausible reasons for dismissing a complaint, they are not going to do the plaintiff's research and try to discover whether there might be something to say against the defendants' reasoning." *Kirksey v. R.J. Reynolds Tobacco Co.,* 168 F.3d 1039, 1041 (7th Cir.1999).

Defendants have given the Court ample reasons to dismiss Plaintiff's Second Amended Complaint.

**WHEREFORE,** Defendants respectfully request the Court to dismiss Plaintiff's Second Amended Complaint with prejudice, and for any other such relief as is deemed appropriate.

Respectfully submitted,

STEPHEN R. PATTON
Corporation Counsel of the City of Chicago

By:     /s/Raoul Vertick Mowatt
        RAOUL VERTICK MOWATT
        Assistant Corporation Counsel

30 N. LaSalle, Suite 900
Chicago, Illinois 60602
(312) 744-3283
Attorney No. 6302587

ANITA ALVAREZ
State's Attorney of Cook County

By:     /s/Brenden Bryant

2

Assistant State's Attorney

Richard J. Daley Center
50 W. Washington
Chicago, IL 60602
(312) 603-5444

LAW OFFICE OF STEPHEN F. POTTS

By:     /s/ Stephen F. Potts

2720 S. River Road, Suite 140
Des Plaines, IL 60018
(847) 298-9055