UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NOBLE RICHARD MARTIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF CHICAGO, *et al.*, )<br>)<br>Defendants. ) | Case No. 12-cv-9207<br><br>Judge John W. Darrah |

## **ORDER**

Defendants City of Chicago, and Officers Jason Torres and Megan Leonard's Motion to Dismiss [139] is entered and briefed as follows: response by 12/7/16, reply by 12/21/16. Status hearing/ruling set for 1/11/17 at 9:30 a.m. No appearances necessary on 11/2/16. All other dates remain as scheduled.

Date: 10/24/2016  /s/ John W. Darrah